# UNITED STATES BANKRUPTCY COURT
# SOUTHER DISTRICT OF FLORIDA
# MIAMI DIVISION

In re:                                              CASE NO. 06-00107-RAM

EVERGREEN SECURITY LTD.,

Debtor.
_____/

### AGREED ORDER RELATIVE TO (1) ARNSTEIN & LEHR'S MOTION TO QUASH SUBPOENA AND/OR PROTECTIVE ORDER AND (2) EVERGREEN'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM PHILLIP MCKINLEY HUDSON III AND ARNSTEIN & LEHR, LLP, OR IN THE ALTERNATIVE, MOTION FOR *IN CAMERA* INSPECTION OF WITHHELD DOCUMENTS

THIS matter came on for consideration upon (1) Phillip M. Hudson, III's ("Hudson") Motion to Quash Subpoena and/or Protective Order, filed with the Court on September 15, 2006 ("Quash Motion") (Doc. No. 1); and (2) Evergreen Security Ltd.'s ("Evergreen") Motion to Compel Production of Documents from Phillip McKinley Hudson III and Arnstein & Lehr, LLP, or in the Alternative, Motion for *In Camera* Inspection of Withheld Documents, filed with the Court on October 2, 2006 (the "Compel Motion") (Doc. No. 4).

Upon consideration of the Quash Motion, the Compel Motion, and noting the agreement of Evergreen and Hudson, it is hereby

**ORDERED:**

1.  The Quash Motion is denied as moot, except as set forth below.

2.  The Compel Motion is denied as moot, except as set forth below.

3. On or before Monday, October 23, 2006, Hudson shall produce to counsel for Evergreen the following documents:

(a) Records in Hudson's possession of any incoming or outgoing phone calls to Scott W. Spradley, which occurred prior to the date of the Subpoena at issue;

(b) All non-privileged records in Hudson's possession of any incoming or outgoing phone calls to John Anthony, from April 2006 to present. (Identify which calls referenced or discussed the Judicial Complaint, ATN, Evergreen, Judge Briskman, Scott Shuker or the Recusal Motion);

(c) Emails to or from Scott W. Spradley, if any (or someone on his behalf);

(d) Emails to or from John Anthony, if any, which reference, discuss or identify the Judicial Complaint, ATN, Evergreen, Judge Briskman, Scott Shuker or the Recusal Motion;

(e) Facsimile transmittal reports, if any, which identify any faxes received or sent to Scott W. Spradley or John Anthony. (Identify faxes which would have contained information regarding the Judicial Complaint, ATN, Evergreen, Judge Briskman, Scott Shuker or the Recusal Motion); and

(f) Contemporaneous notes, if any, of conversations with Scott W. Spradley or John Anthony regarding the Judicial Complaint, ATN, Evergreen, Judge Briskman, Scott Shuker or the Recusal Motion.

4. If there are no responsive documents to any of the aforementioned requests, Hudson shall advise counsel to Evergreen in writing on or before Monday, October 23, 2006.

**DONE AND ORDERED**, in Miami, Florida, this 16th day of October 2006.

Atty. _P. M. Hudson_ is directed to mail a conformed copy of this order to all interested parties and to file a certificate of service with the clerk of the Bankruptcy Court.

_____
ROBERT A. MARK
Chief United States Bankruptcy Judge

Copies to:

Evergreen Security, Ltd., c/o R. W. Cuthill, Jr., President, 341 N. Maitland Avenue, Suite 130, Maitland, FL 32751;

R. Scott Shuker, Esq., Gronek & Latham, LLP, 390 N. Orange Avenue, Suite 600, Orlando, FL 32801;

Hans Beyer, Esq., attorney for Official Committee of Unsecured Creditors, Saxon Gilmore et al, 201 East Kennedy Boulevard, Suite 600, Tampa, FL 33602;

Scott W. Spradley, Esq., GrayRobinson, P.A., 301 East Pine Street, Suite 1400, Orlando, FL 32801;

Phillip M. Hudson, III, Arnstein & Lehr, LLP, 201 S. Biscayne Blvd., 4th Floor, Miami, FL 33131;

Peter R. Ginsberg, Peter R. Ginsberg, P.C., Carnegie Hall Tower, 152 West 57th Street, 24th Floor, New York, NY 10019; and

Office of the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, FL 32801.